UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

HORACE ABNEY,

                                      Plaintiff,

- against -

JOHN MCGINNIS, MARIO MALVAROSA, PAUL
WILSON, ANN ARCKERT, MICHAEL DIPOMPO, and
JOHN and JANE DOE,

                                      Defendants.

**DECLARATION OF
ROSE M. WEBER**

01 Civ. 8444 (SAS) (FM)

------------------------------------------------------------------------x

        **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and before this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true:

        1.    I am the attorney for plaintiff Horace Abney, and as such I am familiar with the pleadings and proceedings heretofore had herein. I submit this declaration in opposition to defendants' motions for summary judgment pursuant to Fed. R. Civ. P. 56.

        2.    In opposition to defendants' motions, plaintiff submits the exhibits described below:

- Annexed as Exhibit "A" are excerpts from the transcript of plaintiff's deposition, taken May 16, 2006.

- Annexed as Exhibit "B" are excerpts from the transcript of the deposition of Mario Malvarosa, taken August 25, 2006.

- Annexed as Exhibit "C" are excerpts from the transcript of the deposition of John McGinnis, taken August 29, 2006.

- 2 -

Dated:    New York, New York
          December 15, 2006

                                                _____/s_____
                                                Rose M. Weber (RW 0515)
                                                Attorney for Plaintiff
                                                225 Broadway, Suite 1608
                                                New York, NY 10007